No. 03–886. SMITH v. BANK OF AMERICA MORTGAGE, FSB, 540 U. S. 1213. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 7, 2004

No. 03–9610. STIGLITZ v. WISCONSIN. Ct. App. Wis. Certiorari dismissed under this Court's Rule 46.

MAY 13, 2004

No. 03–10348 (03A873). PATTERSON v. TEXAS. 3d Jud. Dist. Ct. Tex., Anderson County. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.